UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sharmarke Y. Abdi, | Case No. 25-cv-03012 (PJS/ECW) |
| Plaintiff, | |
| v. | ORDER |
| Hennepin County, | |
| Defendant. | |

This matter is before the Court on Plaintiff Sharmarke Y. Abdi's Application to Proceed *In Forma Pauperis* ("IFP Application") (Dkt. 2).  For the reasons stated below, the Court denies the application.

When evaluating an IFP application, courts consider whether the applicant "can afford the costs of proceeding [with the action] without undue hardship or deprivation of the necessities of life." *Ayers v. Tex. Dep't of Crim. Justice*, 70 F.3d 1268, at *1 (5th Cir. 1995) (per curiam) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)); *see also, e.g.*, *Courtney B. v. O'Malley*, No. 24-CV-4172 (TNL), 2024 WL 4804095, at *1 (D. Minn. Aug. 6, 2024) (quoting *Ayers*).  The IFP Application indicates that Abdi earned over $102,000 in the last twelve months and anticipates making over $8,300 next month.  (Dkt 2 at 2.)  Given this level of income, the Court cannot conclude that paying this action's filing fee would cause Abdi undue hardship or deprive him of life's necessities.

The Court therefore denies the IFP Application. To proceed, Abdi must pay this action's filing fee within 21 days of this Order's date. Failure to comply will result in a recommendation to dismiss this action without prejudice, under Federal Rule of Civil Procedure 41(b), for failure to prosecute.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff Sharmarke Y. Abdi's Application to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**.

2. Abdi must pay this action's filing fee within 21 days. Failure to do so will result in a recommendation of dismissal under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Dated: July 31, 2025

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge